UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> MALIK BROMFIELD, <br> FAIZAN ALI, and <br> KAMAL SALMAN, <br><br> Defendants. | **INDICTMENT** <br><br> 26 Cr. *204* |

## COUNT ONE
### (Smuggling Goods from the United States)

The Grand Jury charges:

1.     On or about May 7, 2026, in the Southern District of New York and elsewhere, MALIK BROMFIELD, FAIZAN ALI, and KAMAL SALMAN, the defendants, fraudulently and knowingly exported and sent from the United States, and attempted to export and send from the United States, merchandise, articles, and objects contrary to a law and regulation of the United States, and received, concealed, bought, sold, and facilitated the transportation, concealment, and sale of such merchandise, articles, and objects, prior to exportation, and attempted to do the same, knowing such merchandise, articles, and objects to be intended for exportation contrary to a law and regulation of the United States, to wit, BROMFIELD, ALI, and SALMAN attempted to export firearms from the United States into Canada without possessing a license issued by the Department of Commerce, Bureau of Industry and Security, in violation of Title 15, Code of Federal Regulations, Section 742.17.

(Title 18, United States Code, Sections 554(a) and 2.)

## COUNT TWO
### (Possession of Stolen Firearms)

The Grand Jury further charges:

2.      On or about May 7, 2026, in the Southern District of New York and elsewhere, MALIK BROMFIELD, FAIZAN ALI, and KAMAL SALMAN, the defendants, received, possessed, concealed, stored, bartered, sold, and disposed of a stolen firearm, and pledged and accepted as security for a loan a stolen firearm, which was moving as, and was part of, and constituted, and which had been shipped and transported in, interstate and foreign commerce, before and after it was stolen, knowing and having reasonable cause to believe that the firearm was stolen, to wit, BROMFIELD, ALI, and SALMAN possessed approximately 18 stolen firearms while traveling in a vehicle in the vicinity of Liberty, New York in Sullivan County.

(Title 18, United States Code, Sections 922(j).)

## COUNT THREE
### (Unregistered Possession of Firearms)

The Grand Jury further charges:

3.      On or about May 7, 2026, in the Southern District of New York and elsewhere, MALIK BROMFIELD, FAIZAN ALI, and KAMAL SALMAN, the defendants, unlawfully and knowingly received and possessed firearms that were not registered to the defendants in the National Firearms Registration and Transfer Record, to wit, a black Anderson AM-15 223 caliber firearm bearing serial number 25052632 and a black Smith & Wesson MP-15 223 caliber firearm bearing serial number TJ39298, which are rifles having barrels of less than 16 inches in length.

(Title 26, United States Code, Sections 5845(a)(3), 5861(d) and 5871;
Title 18, United States Code, Section 2.)

2

## FORFEITURE ALLEGATIONS

4.    As a result of committing the offense alleged in Count One of this Indictment, MALIK BROMFIELD, FAIZAN ALI, and KAMAL SALMAN, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to:

a.    an Anderson AM-15 223 caliber firearm bearing serial number 25052633;

b.    a Palmetto State PA-15 223 caliber firearm bearing serial number LW434438;

c.    an Anderson AM-15 223 caliber firearm bearing serial number 25052632;

d.    an Anderson AM-15 223 caliber firearm bearing serial number 25052634;

e.    a Brigade multicaliber firearm bearing serial number BM00249;

f.    a Smith & Wesson MP-15 223 caliber firearm bearing serial number TJ39298;

g.    a Palmetto State PA-15 223 caliber firearm bearing serial number SCB514719;

h.    an Anderson AM-15 223 caliber firearm bearing serial number 25052631;

i.    an Anderson AM-15 223 caliber firearm bearing serial number 25052635;

j.    a Romarm Drako 7.62x39 caliber firearm bearing serial number ROA21DG3431;

k.    a Radical Firearms RF-15 223 caliber firearm bearing serial number 2062798;

3

l.     a Springfield Armory Saint 223 caliber firearm bearing serial number ST338643;

m.     an American Tactical Milsport firearm bearing serial number MSA082074;

n.     an FN 509 9mm caliber firearm bearing serial number GKS0038594;

o.     a Springfield Armory 1911 45 ACP caliber firearm bearing serial number LW496999;

p.     a Taurus G2C 9mm caliber firearm bearing serial number AEE397178;

q.     a Glock 43 9mm caliber firearm bearing serial number AFRK845;

r.     a Glock 43 9mm caliber firearm bearing serial number AFET222;

s.     a Glock 19 9mm caliber firearm bearing serial number VKT626;

t.     a Beretta 92X 9mm caliber firearm bearing serial number 92X0027114;

u.     a Glock 27 40 caliber firearm bearing serial number BYZ353;

v.     a Glock 27 40 caliber firearm bearing serial number XLE750;

w.     a Glock 43X 9mm caliber firearm bearing serial number CCTU890;

x.     a Glock 43X 9mm caliber firearm bearing serial number BNGK982;

y.     a Taurus PT111 Millennium G2 9mm caliber firearm bearing serial number TKR65661;

z.     a Glock 19X 9mm caliber firearm bearing serial number BTRK892;

aa.     a Glock 43 9mm caliber firearm bearing serial number ACRY564;

bb.     a Glock 29 10mm caliber firearm bearing serial number CFKX531;

cc.     a Glock 19X 9mm caliber firearm bearing serial number CELK650;

dd.     a Glock 43X 9mm caliber firearm bearing serial number AKBW532;

ee.     a Glock 19 9mm caliber firearm bearing serial number DWB325;

4

ff.     a Smith & Wesson MP Shield 9mm caliber firearm bearing serial number JKZ9384;

gg.     a Glock 19 9mm caliber firearm bearing serial number AKZE549;

hh.     a Glock 27 40 caliber firearm bearing serial number BKWX732;

ii.     a Taurus G2S 9mm caliber firearm bearing serial number TLU47937;

jj.     a Smith & Wesson PC1911 45 caliber firearm bearing serial number UCU3183;

kk.     a Glock 19 9mm caliber firearm bearing serial number PSV832;

ll.     a Glock 22 40 caliber firearm bearing serial number KAM937;

mm.     a Glock 19 9mm caliber firearm bearing serial number NSW438;

nn.     a Glock 27 40 caliber firearm bearing serial number RLK164;

oo.     a Glock 26 9mm caliber firearm bearing serial number BELH231;

pp.     a Glock 45 9mm caliber firearm bearing serial number BYYD649;

qq.     a Glock 43 9mm caliber firearm bearing serial number BEWK022;

rr.     a Glock 19 9mm caliber firearm bearing serial number BKVK873;

ss.     a Glock 21 45 caliber firearm bearing serial number AEGM944;

tt.     a Glock 20 10mm caliber firearm bearing serial number CBPS344;

uu.     a Glock 19X 9mm caliber firearm bearing serial number CAHU561;

vv.     a Glock 17 9mm caliber firearm bearing serial number SVP390;

ww.     a Taurus G2C 9mm caliber firearm bearing serial number ACL509855;

xx.     a Sig Sauer P238 380 caliber firearm bearing serial number 27B046305;

yy.     a Smith & Wesson M&P9 9mm caliber firearm bearing serial number NBB9354;

5

zz.    a Smith & Wesson SD9 9mm caliber firearm bearing serial number FEK2680;

aaa.    a Taurus GX2 9mm caliber firearm bearing serial number AGM668711;

bbb.    a Glock 22 40 caliber firearm bearing serial number BFFM735;

ccc.    a Smith & Wesson SD9 9mm caliber firearm bearing serial number EFE4523;

ddd.    a Glock 32 357 caliber firearm bearing serial number KKR537;

eee.    a Glock 19X 9mm caliber firearm bearing serial number AHCZ134;

fff.    a Glock 26 9mm caliber firearm bearing serial number PTG414;

ggg.    a Smith & Wesson M&P 40 Shield 40 caliber firearm bearing serial number HPP4475;

hhh.    a Glock 23 40 caliber firearm bearing serial number XCT298;

iii.    a Springfield Armory XDM40 40 caliber firearm bearing serial number MG153180;

jjj.    a Taurus G3 9mm caliber firearm bearing serial number AEL847884;

kkk.    a Glock 19 9mm caliber firearm bearing serial number CDHW751;

lll.    a Glock 23 40 caliber firearm bearing serial number BEUG810;

mmm.    a Glock 19 Gen5 9mm caliber firearm bearing serial number BEYV137;

nnn.    a Glock 26 9mm caliber firearm bearing serial number SBV607;

ooo.    a Glock 45 9mm caliber firearm bearing serial number BYRH701;

ppp.    a Glock 48 9mm caliber firearm bearing serial number CBKR806;

qqq.    a Kahr CW45 45 caliber firearm bearing serial number SG6677;

rrr.    a Glock 23 40 caliber firearm bearing serial number BVDZ356;

6

sss.   a Glock 22 40 caliber firearm bearing serial number XCD562;

ttt.   a Glock 30 45 caliber firearm bearing serial number BRGY566;

uuu.   a Sig Sauer 365XL 9mm caliber firearm bearing serial number 66A979826;

vvv.   a Taurus G3 9mm caliber firearm bearing serial number ACG033152;

www.   a Taurus 85 UL Revolver 38 Special caliber firearm bearing serial number 1T51853;

xxx.   a Stagg Arms Stag 15 223/556 caliber firearm bearing serial number 154719;

yyy.   a DPMS A15 223 caliber firearm bearing serial number FH234607;

zzz.   an Anderson Arms AM-15 223 caliber firearm bearing serial number 20076079;

aaaa.   a Palmetto State PA-15 multicaliber firearm bearing serial number SCD046925;

bbbb.   a Taurus G2C 9mm caliber firearm bearing serial number TLW90570;

cccc.   a Glock 22 40 caliber firearm bearing serial number MDF767;

dddd.   a Sig Sauer p365 9mm caliber firearm bearing serial number 66B296017;

eeee.   a Taurus PT809B 9mm caliber firearm bearing defaced serial number TFT65239;

ffff.   a Springfield XD 9mm caliber firearm bearing serial number BK108091;

gggg.   a Glock 20 10mm caliber firearm bearing defaced serial number BLXN906;

hhhh.   a Glock 43X 9mm caliber firearm bearing serial number CETN026 with defaced slide;

7

iiii.   a Smith & Wesson M&P9 9mm caliber firearm bearing serial number NCX3159;

jjjj.   a Glock 26 9mm caliber firearm bearing serial number AHMY952; and

kkkk.   a Glock 36 45 caliber firearm bearing serial number VDM573.

5.   As a result of committing the offense alleged in Count Two of this Indictment, MALIK BROMFIELD, FAIZAN ALI, and KAMAL SALMAN, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offense, including but not limited to:

a.   an FN 509 9mm caliber firearm bearing serial number GKS0038594;

b.   a Beretta 92X 9mm caliber firearm bearing serial number 92X0027114;

c.   a Taurus PT111 Millennium G2 9mm caliber firearm bearing serial number TKR65661;

d.   a Glock 43 9mm caliber firearm bearing serial number ACRY564;

e.   a Glock 43X 9mm caliber firearm bearing serial number AKBW532;

f.   a Smith & Wesson MP Shield 9mm caliber firearm bearing serial number JKZ9384;

g.   a Smith & Wesson PC1911 45 caliber firearm bearing serial number UCU3183;

h.   a Glock 19 9mm caliber firearm bearing serial number BKVK873;

i.   a Glock 17 9mm caliber firearm bearing serial number SVP390;

j.   a Sig Sauer P238 380 caliber firearm bearing serial number 27B046305;

8

k.   a Smith & Wesson SD9 9mm caliber firearm bearing serial number EFE4523;

l.   a Smith & Wesson M&P 40 Shield 40 caliber firearm bearing serial number HPP4475;

m.   a Springfield Armory XDM40 40 caliber firearm bearing serial number MG153180;

n.   a Glock 45 9mm caliber firearm bearing serial number BYRH701;

o.   a Sig Sauer 365XL 9mm caliber firearm bearing serial number 66A979826;

p.   a DPMS A15 223 caliber firearm bearing serial number FH234607;

q.   a Taurus PT809B 9mm caliber firearm bearing defaced serial number TFT65239; and

r.   a Smith & Wesson M&P9 9mm caliber firearm bearing serial number NCX3159.

6.   As a result of committing the offense alleged in Count Three of this Indictment, MALIK BROMFIELD, FAIZAN ALI, and KAMAL SALMAN, the defendants, shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461, any and all firearms involved in said offense, including but not limited to:

a.   an Anderson AM-15 223 caliber firearm bearing serial number 25052632; and

b.   a Smith & Wesson MP-15 223 caliber firearm bearing serial number TJ39298.

## Substitute Assets Provision

7.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853;
Title 26, United States Code, Section 5872, and
Title 28, United States Code, Section 2461.)

FOREPERSON

*Jay Clayton*

JAY CLAYTON
United States Attorney